Prob12B
D/NV Form
Rev. Mar. 2007

# United States District Court

## for

## the District of Nevada

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**April 30, 2007**

**Name of Offender:**   RANDOLPH WILLIAM MILLER

Case Number:   CR-S-03-519-LRH(LRL)

Name of Sentencing Judicial Officer:   Honorable Larry R. Hicks

Date of Original Sentence:   May 9, 2005

Original Offense:   Conspiracy to Commit Identity Theft and Production of Unauthorized Documents, Identity Theft, Production of Unauthorized Identification Documents and Aiding and Abetting

Original Sentence:   46 months custody, 3 years supervised release

Date Supervision Commenced:   March 30, 2007

Date Jurisdiction Transferred to District of Nevada:   N/A

## PETITIONING THE COURT

__ To extend the term of supervision _____ Months, for a total term of _____ Months.

✓  To modify the conditions of supervision as follows:

1. **Alcohol Abstinence - You shall refrain from the use and possession of beer, wine, liquor, and other forms of intoxicants.**

2. **Drug/Alcohol Testing - You shall submit to drug/alcohol testing as directed by the probation officer not to exceed 104 tests per year.**

3. **Home Confinement with Electronic Monitoring - You shall be confined to home confinement with electronic monitoring, if available, for a period of 90 days. You shall pay 100% of the costs of electronic monitoring services.**

Prob12B
D/NV Form
Rev. Mar. 2007

**RE: RANDOLPH WILLIAM MILLER**

**CAUSE**

On March 30, 2007, the offender was released from the custody of the Bureau of Prisons. He failed to report to the probation office within the 72 hour period as required. He contacted the probation office on April 8, 2007. On April 11, 2007, he reported to the probation office and was admonished for not reporting sooner. On April 16, 2007, the offender submitted a urinalysis which was positive for methamphetamine and later admitted to using the drug. As a corrective action, the offender was placed into weekly individual substance abuse treatment and we recommend that alcohol abstinence be added. As a controlling action, we recommend home confinement with electronic monitoring with Miller paying 100% of the costs.

Respectfully submitted,

BRIAN S. SIMON
United States Probation Officer

APPROVED: CHAD R. BOARDMAN, Supervising
United States Probation Officer

*THE COURT ORDERS:*

_____ No action

_____ The extension of supervision as noted above

__X__ The modification of conditions as noted above

_____ Other

Signature of Judicial Officer

May 1, 2007
Date